IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRENT E. BELT                                                                                               PLAINTIFF
ADC #600805

V.                                           NO.  1:07cv00055 BSM

LINDA WOMACK, et al                                                                               DEFENDANTS

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Defendants' motion to dismiss (or, in the alternative, motion for summary judgment) (doc. 9) is granted and Plaintiff's complaint is dismissed in its entirety, without prejudice.  Any remaining pending motions are denied as moot.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from this order adopting the recommendations, and any judgment entered hereunder, would not be taken in good faith.

IT IS SO ORDERED this 22nd day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE