IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRENT E. BELT                                                           PLAINTIFF
ADC #600805

V.                                    NO.  1:07cv00055 BSM

LINDA WOMACK, et al                                                  DEFENDANTS

<u>JUDGMENT</u>

In accordance with the Court's order entered this date, judgment is hereby entered

dismissing Plaintiff's complaint in its entirety, without prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis

appeal from its order and this judgment entered thereunder would not be taken in good

faith.

IT IS SO ORDERED this 22nd day of July, 2008.


_____
UNITED STATES DISTRICT JUDGE